UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | Case No. 1:09-cv-00711 |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | **ORDER** |
| JP MORGAN CHASE BANK, N.A., | : | |
| Defendant. | : | |

This removal action was filed with the Court on August 27, 2009. Upon initial review of the Complaint, the Court finds that the events giving rise to the claims alleged in this action occurred in the Eastern Division of this judicial district and not the Western Division where it was filed.

Accordingly, pursuant to S. D. Ohio Civ. R. 82.1(b) and (d), this action is hereby TRANSFERRED to the Southern District of Ohio, Eastern Division at Columbus, for all further proceedings.

SO ORDERED.

Date: 9/30/09

S. Arthur Spiegel
United States Senior District Judge