THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| _____, | : | |
| Plaintiff(s) | : | Case No. _____ |
|  | : | District Judge: _____ |
| vs. | : | Magistrate Judge: _____ |
|  | : | |
|  | : | RULE 26(f) REPORT OF PARTIES |
| _____ | : | (to be filed no fewer than seven (7) |
| Defendant(s) | : | days prior to the Rule 16 Conference) |
|  | : | |

1. Pursuant to F.R. Civ.P. 26(f), a meeting was held on _____ and was attended by:

    _____, counsel for plaintiff(s) _____

    _____, counsel for plaintiff(s) _____

    _____, counsel for defendant(s) _____

    _____, counsel for defendant(s) _____

2. **Consent to Magistrate Judge**.  The parties:

    \_\_\_ unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636 (c).

    \_\_\_ do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636 (c).

3. **Initial Disclosures**.  The parties:

    \_\_\_ have exchanged the initial disclosures required by Rule 26(a)(1);

    \_\_\_ will exchange such disclosures by _____

    \_\_\_ are exempt from such disclosures under Rule 26(a)(1)(E).

    \_\_\_ have agreed not to make initial disclosures.

4. **Jurisdiction and Venue**

    a. Describe any contested issues relating to: (1) subject matter jurisdiction, (2) personal jurisdiction and/or (3) venue:

    _____

    _____

    _____

    b.    Describe the discovery, if any, that will be necessary to the resolution of issues relating to jurisdiction and venue:

_____

_____

_____

    c.    Recommended date for filing motions addressing jurisdiction and/or venue:

_____

5. **Amendments to Pleading and/or Joinder of Parties**

    a.    Recommended date for filing motion/stipulation to amend the pleadings or to add additional parties: _____

    b.    If class action, recommended date for filing motion to certify the class: _____

6. **Recommended Discovery Plan**

    a.    Describe the **subjects** on which discovery is to be sought and the nature and extent of discovery that each party will need:

_____

_____

_____

_____

    b.    What **changes** should be made, if any, in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the local rules of this Court?

_____

_____

    c.    The case presents the following issues relating to disclosure or discovery of **electronically stored information**, including the form or forms in which it should be produced:

_____

_____

_____

2

    d.      The case presents the following issues relating to claims of **privilege or of protection as trial preparation materials:**

_____

_____

_____

          i.      Have the parties agreed on a procedure to assert such claims **AFTER** production?

          ___ No

          ___ Yes

          ___ Yes, and the parties ask that the Court include their agreement in an Order.

    e.      Indentify the discovery, if any, that can be **deferred** pending settlement discussion and/or resolution of potentially dispositive motions:

_____

_____

    f.      The parties recommend that discovery should proceed in **phases**, as follows:

_____

_____

_____

    g.      Describe the areas in which **expert testimony** is excepted and indicate whether each expert will be specially retained within the meaning of F.R.Civ.P.26(a)(2):

_____

_____

_____

          i.      Recommended date for making **primary expert designations**:

          _____

          ii.     Recommended date for making **rebuttal expert designations**:

          _____

    h.      Recommended discovery **completion date**: _____

7. **Dispositive Motion**(s)

    a. Recommended date for filing dispositive motions: _____

8. **Settlement Discussions**

    a. Has a settlement demand been made? _____ A response? _____

    b. Date by which a settlement demand can be made: _____

    c. Date by which a response can be made: _____

9. **Settlement Week Referral**

    The earliest Settlement Week referral reasonably likely to be productive is the

    ___ March 20___          Settlement Week

    ___ June 20___           Settlement Week

    ___ September 20___      Settlement Week

    ___ December 20___       Settlement Week

10. **Other matters for the attention of the Court:**

    _____

    _____

    _____

    _____

**Signatures:**

Attorney(s) for Plaintiff(s):                    Attorney(s) for Defendant(s):

_____                   _____
Ohio Bar# _____                   Ohio Bar# _____
Trial attorney for _____                   Trial attorney for _____

_____                   _____
Ohio Bar# _____                   Ohio Bar# _____
Trial attorney for _____                   Trial attorney for _____

_____                   _____
Ohio Bar# _____                   Ohio Bar# _____
Trial attorney for _____                   Trial attorney for _____

_____                   _____
Ohio Bar# _____                   Ohio Bar# _____
Trial attorney for _____                   Trial attorney for _____