# Exhibit 6

Lynn M Shore
3295 Avenida Anacapa
Carlsbad, CA 92009-9301
760.944.1516

*Tax I.D. #: 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*
*Duns #: 965601607*

EEOC v. JP Morgan Chase
Work Completed September 2011

October 24, 2011
Invoice # - 2

PURCHASE ORDER NO: EECPHI/11006

### 3. Preparation of expert report

Tuesday August 23rd: 9:30-11:30

Thursday August 25th: 10:00-12:00

Wednesday August 31st: 11:00-12:00

Thursday September 15th: 1:00-3:00

Sunday September 25th: 1:00-2:00

**Total hours for this activity: 8 hours@$200 per hour - $1,600.00**

**TOTAL DUE FOR EXPERT SERVICES: $1,600.00**

**Lynn M Shore**
**3295 Avenida Anacapa**
**Carlsbad, CA 92009-9301**
**760.944.1516**

*Tax I.D. #: 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*
*Duns #: 965601607*

EEOC v. JP Morgan Chase
December 10, 2011
Invoice # - 3
PURCHASE ORDER NO: EECPHI/11006

**Expenses for deposition travel and stay in Philadelphia - November 10th to November 12th, 2011**

Food:
| | | |
|---|---|---|
| November 10: | Breakfast and lunch at Starbuck's: | $17.23 |
| | Dinner at Wyndham Garden Hotel: | $23.09 |
| November 11: | Breakfast at Wyndham Garden Hotel: | $14.67 |
| | Dinner at The Vesper Club: | $47.00 |
| November 12: | Breakfast at Wyndham Garden Hotel: | $14.67 |
| | Dinner at California Pizza Kitchen: | $11.47 |

Transportation:
| | | |
|---|---|---|
| November 10: | Drove car to airport parking @26.9 miles | $13.72 |
| November 11: | Taxi to law office | $39.73 |
| | Taxi to hotel | $40.00 |
| November 12: | Drove car to home @26.9 miles | $13.72 |

Parking:
November 10-12: $35.67

Hotel:
November 10: $156.09
November 11: $156.09

Flight:
November 12: Checked baggage fee $25.00

Travel time:
8 Hours of travel from San Diego to Philadelphia @$100 per hour: $800.00
8 Hours of travel from Philadelphia to San Diego @$100 per hour: $800.00

DEPOSITION SERVICES: Deposition reading/preparation (part 1) $1,650.00

MISCELLANEOUS EXPENSES: Copying, notarizing & shipping $ 83.26

**TOTAL DUE FOR EXPERT SERVICES: $3,941.26**

Lynn M Shore
3295 Avenida Anacapa
Carlsbad, CA 92009-9301
760.944.1516

*Tax I.D. #: 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*
*Duns #: 965601607*

EEOC v. JP Morgan Chase
Work Completed November 2011

December 10, 2011
Invoice # - 4

PURCHASE ORDER NO: **32 12EECPHI2004**

### 5. Deposition reading/preparation of deposition

**Total hours for this activity: 77 hours@$200 per hour - $15,400.00**

**TOTAL DUE FOR EXPERT SERVICES: $15,400.00**